United States Courts
Southern District of Texas
FILED
OCT 30 2012
David J. Bradley, Clerk of Court

To Whom it may concern:

My name is Brian Kerstetter Register # 06300-379. I went to trial for Assault because actual or perceived color or race (hate crime) in the Federal Court in Houston, TX. I need a couple of things please. Because I'm working on my appeal, I need a copy of my docket sheet and if you can, copies of my court transcripts of my trial and pre-trial.

Also, I have lost my lawyers phone # and address. His name is Mervyn Mosbacker. Please give me his info. I'm in Federal Prison.

Thank You ☺,
x Brian Kerstetter

- MY INFO -

BRIAN KERSTETTER #06300-379
FCC-USP
P.O. Box 26030
Beaumont, Tx 77720

Brian Kerstetter
#06300-379
USP-FCC
P.O. Box 26030
Beaumont, TX
77720

77208101010

[postmark: NORTH HOUSTON TX, 29 OCT 2012 PM 7 L]

United States District Court
Southern District of Texas
FILED
OCT 30 2012
David J. Bradley, Clerk of Court

⇔38756-179⇔
Clerk Of The Court
PO BOX 61010
US Dist. Court
Houston, TX - 77208
United States