PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
September 05, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

Name of Offender:   Brian  Kerstetter                  Case Number:   4:12CR00025-003

Name of Sentencing Judge:   The Honorable Kenneth M. Hoyt

Date of Original Sentence:   July 23, 2012

Original Offense:   Willfully causing bodily injury to another because of actual or perceived race, color, or national origin in violation of 18  § 249

Original Sentence:   77 months custody of the U.S. Bureau of Prisons, followed by a 3 year term of supervised release. Special Conditions: drug treatment and testing, mental health treatment; Special Assessment: $100

Type of Supervision:   Supervised Release          Supervision Started:   July 27, 2017

---

### EARLIER COURT ACTION

None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

1                              **Illegal Possession of a Controlled Substance**

On or about July 31, 2017, Brian Kerstetter possessed and used cocaine, a controlled substance not prescribed by a physician, as evidenced by a urine specimen submitted by him to United States Probation Officer Scott Cooper. Said specimen tested positive for cocaine through laboratory analysis. The possession alleged above is a violation of 21 U.S.C. § 844. On August 22, 2017, the offender admitted to this officer he used cocaine the night before he was released from the halfway house.

RE:    Brian Kerstetter                                                                                    2
       Dkt. No. 4:12CR00025-003

**U.S. Probation Officer Action:**

As a controlling intervention, Mr. Kerstetter was verbally admonished for his recent use of cocaine. He was warned further noncompliance would result in Court action. He stated he understood and agreed to comply as instructed.

As a correctional intervention, Mr. Kerstetter was referred to outpatient drug treatment for an assessment.

It is respectfully recommended that the Court take no adverse action relative to this noncompliance, but reserves the right to reconsider this violation if future noncompliant behavior continues.


Approved:                                              Respectfully submitted,



_____          By:   _____
Barbara Schoephoerster, Supervising           Scott Cooper
United States Probation Officer               United States Probation Officer

Name of Offender:  Brian Kerstetter
Case Number:  4:12CR00025-003
Page Number:  3

[X]    Court Concurs with Recommended Action

[ ]    Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]    Submit a Request for Warrant or Summons

[ ]    Other:

Kenneth M. Hoyt
U. S. District Judge

9 - 5 - 17

Date